IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gordon P. Gallagher

| | |
|---|---|
| Criminal Case No.: 12-CR-00442-MSK | Deputy: P. Howell |
| Date: December 13, 2012 | |
| UNITED STATES OF AMERICA, | Michelle Heldmyer |
| Plaintiff, | |
| v. | |
| NICOLE GUZMAN, | Colleen Scissors |
| a/k/a NICOLE DELGADO | |
| Defendant. | |

___

## MINUTE ORDER
___

This matter is set for Disposition on January 15, 2013 at 2:00 p.m.

Parties to be present ready to proceed.